**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 27, 2009

Charles R. Fulbruge III
Clerk

No. 08-40937
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ELIZABETH SALAZAR-GALVAN,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:07-CR-1168-ALL

Before HIGGINBOTHAM, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM:[*]

Elizabeth Salazar-Galvan (Salazar) pleaded guilty to one count of illegal reentry after deportation following a felony conviction in violation of 8 U.S.C. § 1326(a) and (b). She appeals her within-guidelines sentence of 37 months imprisonment, arguing that the sentence is procedurally unreasonable because the district court failed to provide adequate reasons to explain its choice of sentence.

---

[*] Pursuant to Fifth Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Fifth Circuit Rule 47.5.4.

As Salazar failed to articulate her specific procedural objection at sentencing, this court reviews for plain error. *See United States v. Mondragon-Santiago*, ___ F.3d ___, No. 07-41099, 2009 WL 782894, at *3 (5th Cir. Mar. 26, 2009). To demonstrate plain error, Salazar must show a forfeited error that is clear or obvious and affects her substantial rights. *See id.* If these conditions are met, this court may exercise its discretion to correct the error if it "seriously affects the fairness, integrity, or public reputation of judicial proceedings." *Id.*

There is nothing in the record to indicate that Salazar's sentence would have been different if the court had provided more explanation for its choice of sentence. Salazar has thus failed to demonstrate error affecting her substantial rights. *See id.* at *7.

Accordingly, we AFFIRM the district court's judgment.